2024-1246, 2024-1247

# United States Court of Appeals for the Federal Circuit

IPA TECHNOLOGIES INC.,
*Appellant*

v.

GOOGLE LLC,
*Appellee*

*Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00728 and IPR2019-00731.*

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF**

Naveen Modi
Joseph E. Palys
Stephen B. Kinnaird
Daniel Zeilberger
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, D.C. 20036
Tel.: (202) 551-1700

*Counsel for Appellee Google LLC*

June 3, 2024

Pursuant to Rules 26(b) and 27 of the Federal Rules of Appellate Procedure and Federal Circuit Rules 26(b) and 27, Appellee Google LLC ("Google") respectfully submits this motion for an extension of time of sixty (60) days to file its response brief in this appeal. Google's response brief is currently due on June 26, 2024. If the Court grants this request, the due date for Google's response brief would extend to August 26, 2024.[1] Counsel for Google consulted with counsel for Appellant IPA Technologies Inc. ("IPA") and counsel for IPA does not oppose this request.

This is Google's first request for an extension of time in this appeal. Good cause exists to grant the requested extension. The extension is necessary in light of the pre-existing professional obligations of Google's counsel in other matters before this Court, other federal courts, and before the Patent Trial and Appeal Board. A declaration supporting these facts accompanies this motion.

This request for an extension of time is made in good faith by counsel and not for the purpose of delay or other procedural advantage. The requested extension would enable counsel to brief adequately the issues involved in this case, and to consult with the client. The requested extension of time is reasonable under the circumstances.

---

[1] 60 days after June 26, 2024 is August 25, 2024, which is a Sunday.

For the reasons stated above, Google respectfully requests that this unopposed motion for an extension of briefing time be granted, and that the filing date for Google's response brief be extended to August 26, 2024.

Respectfully submitted,

/s/Naveen Modi
Naveen Modi
Joseph E. Palys
Stephen B. Kinnaird
Daniel Zeilberger
PAUL HASTINGS LLP
2050 M Street, N.W.
Washington, D.C. 20036
(202) 551-1700

*Counsel for Appellee Google LLC*

Dated: June 3, 2024

# CERTIFICATE OF INTEREST

Counsel for Google LLC certifies the following:

1. Provide the full names of all entities represented by undersigned counsel in this case.

    Google LLC

2. Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

    None

3. Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

    XXVI Holdings Inc.; Alphabet Inc.

4. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court.

    Paul Hastings: Arvind Jairam (no longer with Firm)

    Jones Day: Michael Hendershot, Evan McLean.

5. Other than the originating case(s) for this case, are there related or prior art cases that meet the criteria under Fed. Cir. R. 47.5(a).

    *See* Dkt. No. 10

6. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees).

    Not applicable.

| | |
|---|---|
| June 3, 2024 | /s/ Naveen Modi |
| | Naveen Modi |

2024-1246, 2024-1247

# United States Court of Appeals for the Federal Circuit

IPA TECHNOLOGIES INC.,
*Appellant*

*v.*

GOOGLE LLC,
*Appellee*

*Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00728 and IPR2019-00731.*

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF**

_____

**DECLARATION OF NAVEEN MODI**

1. I am a partner with Paul Hastings LLP ("Paul Hastings") and counsel for Appellee Google LLC ("Google") in this appeal. I am submitting this declaration of counsel in accordance with Federal Circuit Rule 26(b)(5) and in support of Appellee's Unopposed Motion for Extension of Time to File Its Response Brief.

2. Under the existing schedule, Google's response brief is due on June 26, 2024. Google requests an extension of sixty (60) days, until August 26, 2024.

3. This is Google's first request for additional time in this appeal.

4. Counsel for Google consulted with counsel for Appellant IPA Technologies Inc. and counsel for Appellant has indicated that they do not oppose this motion.

5. This request for an extension of time is made in good faith and not for the purpose of delay or other procedural advantage.

6. The requested 60-day extension of time is needed to allow adequate time for counsel to prepare Google's response brief and to provide sufficient time for review and comment. The requested additional time is needed to accommodate pre-existing professional obligations in several pending and active matters before this Court, various district courts, and the Patent Trial and Appeal Board.

7. The requested extension of time would enable counsel to brief adequately the issues involved, and to consult with the client.

8. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 3, 2024   /s/Naveen Modi
Naveen Modi

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND TYPE STYLE REQUIREMENTS

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A).

The motion contains 260 words, excluding the parts of the motion exempted by Federal Circuit Rule 27(d).

2. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E).

The motion has been prepared in a proportionally spaced typeface using MS Word 2013 in a 14 point Times New Roman font.


Date: June 3, 2024          BY:     /s/Naveen Modi
                                                                Naveen Modi
                                                                PAUL HASTINGS LLP
                                                                2050 M Street, N.W.
                                                                Washington, D.C.  20036
                                                                Tel.: (202) 551-1700
                                                                Fax: (202) 551-1705